UNITED STATES COURTS
SOUNTHERN DISTRICT OF TEXAS
FILED

OCT 0 4 2006

MICHAEL N. MILBY, CLERK OF COURT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | H 06 358 |
| v. | § | CRIMINAL NUMBER: H-06- |
| | § | |
| HOWARD MACFARLAND FISH, | § | |
| Defendant | § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about August 25, 2006, in the Houston Division of the Southern District of Texas and elsewhere, the defendant,

**HOWARD MACFARLAND FISH,**

knowingly had on or about his individual, or did place, did attempt to place, or did attempt to have placed, an explosive or incendiary device, namely dynamite, on an aircraft that the defendant was on or attempting to get on, said aircraft being in or intended for operation in air transportation.

In violation of Title 49, United States Code, Section 46505(b).

### COUNT TWO

On or about August 25, 2006, in the Houston Division of the Southern District of Texas and elsewhere, the defendant,

**HOWARD MACFARLAND FISH,**

knowingly and wilfully entered an aircraft or an airport area that serves an air carrier or foreign air carrier in violation of security requirements prescribed in Chapter 463 of Title 49, United States Code, to wit: the defendant transported or offered for transport an unauthorized explosive or incendiary in his checked baggage.

In violation of Title 49, United States Code, Section 46314 and Title 49, Code of Federal Regulations, Section 1540.111.

A TRUE BILL:

**ORIGINAL SIGNATURE IS ON FILE**

DONALD J. DeGABRIELLE, J.
United States Attorney

BY: _____
James T. Kitchen
Assistant United States Attorney